No. 8836. JOHN A. MAATTA, PLAINTIFF & RESPONDENT, v. EARL J. TUCKER, d/b/a, EARL J. TUCKER DISTRIBUT- ING CO., DEFENDANT & APPELLANT.

Decided August 30, 1948.

## ORDER

Per Curiam:

Pursuant to Praecipe for Dismissal filed by counsel for Appellant, Earl J. Tucker, Distributing Company, the appeal is dismissed.

Done this *30th day of August, 1948.*

*Mr. John W. Chapman* and *Mr. Floyd O. Small,* Helena, for Appellant.

*Mr. Sherman W. Smith,* Helena, *Mr. Lloyd J. Skedd,* Helena, and *Mr. Donald H. Smith,* Helena, for Respondent.